

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-13-00390-CR

CLIM EUGENE THOMAS                                                        APPELLANT

V.

THE STATE OF TEXAS                                                             STATE

----------

FROM THE 213TH DISTRICT COURT OF TARRANT COUNTY

----------

## MEMORANDUM OPINION[1]

----------

On September 6, 2012, Appellant Clim Eugene Thomas filed a post-conviction motion for forensic DNA testing of "the victim . . . [and] the gun powder that was use[d] as evidence."[2]  *See* Tex. Code Crim. Proc. Ann. art. 64.01(a-1)

---

[1]*See* Tex. R. App. P. 47.4.

[2]We do not have any information regarding Appellant's underlying conviction.

(West Supp. 2012). On December 18, 2012, the trial court denied Appellant's motion. *See id.* art. 64.03(a). On August 6, 2013, Appellant filed a notice of appeal regarding the trial court's denial. *See id.* art. 64.05 (West 2006). It is clear that Appellant filed his notice of appeal outside of the mandated time limitations, which divests this court of jurisdiction over his attempted appeal. *See id.*; Tex. R. App. P. 26.2(a); *Olivo v. State*, 918 S.W.2d 519, 522–23 (Tex. Crim. App. 1996). Therefore, we dismiss the appeal for want of jurisdiction. *See* Tex. R. App. P. 43.2(f).

PER CURIAM

PANEL: GABRIEL, J.; LIVINGSTON, C.J.; and DAUPHINOT, J.

DO NOT PUBLISH
Tex. R. App. P. 47.2(b)

DELIVERED: October 10, 2013

2